DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700


Attorney for Defendant
JUAN CARLOS REYES-SEGURA


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR.S-08-406-EJG |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | **CONTINUING STATUS CONFERENCE** |
| ) | **AND EXCLUDING TIME** |
| JUAN CARLOS REYES-SEGURA, ) | |
| ) | Date:  October 30, 2008 |
| ) | Time:  10:00 a.m. |
| Defendant. ) | Judge: Hon. Edward J. Garcia |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, DANIEL MCCONKIE, JR. Assistant United States Attorney, attorney for Plaintiff, and JEFFREY L. STANIELS, Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of October 31, 2008 be vacated, and the matter be set for status conference on December 12, 2008 at 10:00 a.m.

The reason for this continuance is to allow defense counsel additional time to investigate a prior conviction and to consult with the defendant about possible resolution of the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from October 31, 2008, through

and including December 12, 2008 pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Public Defender

DATED: October 30, 2008        /s/ Jeffrey L. Staniels
                               JEFFREY L. STANIELS
                               Chief Assistant Federal Defender
                               Attorney for Defendant

McGREGOR W. SCOTT
United States Attorney

DATED: October 30, 2008        /s/Daniel McConkie, Jr.
                               DANIEL MCCONKIE, JR.
                               Assistant U.S. Attorney
                               Attorney for Plaintiff

---

**O R D E R**

Pursuant to the above stipulation of counsel, the above matter is continued to December 12, 2008. Time for trial is excluded from today's date through and including December 12, 2008 in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(A) & (B)(iv) [reasonable time to prepare] and Local Code T4.

**IT IS SO ORDERED.**

DATED: October 30, 2008        /s/ Edward J. Garcia
                               HON. EDWARD J. GARCIA
                               Senior United States District Judge

2